■ LEVAR T. HENRY, Appellant, v CITY OF NEW YORK et al., Respondents. [4 NYS3d 497]—

Appeal from order, Supreme Court, Bronx County (Larry S. Schachner, J.), entered July 25, 2013, which denied plaintiff's motion to reargue the denial of his motion for a default judgment against defendant Captain "John" Cruz, unanimously dismissed, without costs, as taken from a nonappealable order.

Plaintiff designated the motion that resulted in the order appealed from as one for reargument, set forth the standard for a motion to reargue in his motion papers, and did not present any new facts on the motion. The court unambiguously denied the request for reargument, and it is well established that no appeal lies from an order denying reargument (*see e.g. Cangro v Park S. Towers Assoc.*, 123 AD3d 602 [1st Dept 2014]; *D&A*

*Constr., Inc. v New York City Hous. Auth.*, 105 AD3d 464 [1st Dept 2013]). Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Clark, JJ.